Edwin WILLIAMS, Plaintiff–Appellee,

v.

Mike BLAKELY, Sheriff of Limestone County, Alabama, individually and in his official capacity as Sheriff of Limestone County, Alabama, Defendant–Appellant.

No. 05–10659

Non–Argument Calendar.

D.C. Docket No. 04–02495–CV–J–NW.

United States Court of Appeals, Eleventh Circuit.

Sept. 1, 2005.

Gary L. Willford, Jr., Daryl L. Masters, Charles Richard Hill, Jr., Bart Gregory Harmon, Webb & Eley, P.C., Montgomery, AL, for Defendant–Appellant.

J. Wilson Mitchell, Mitchell, Bernauer, Winborn & Austin, Florence, AL, James Mendelsohn, Birmingham, AL, for Plaintiff–Appellee.

Before ANDERSON, BIRCH and BLACK, Circuit Judges.

PER CURIAM:

Mike Blakely, Sheriff of Limestone County, Alabama, appeals the district court's denial of his motion to dismiss Edwin Williams' 42 U.S.C. § 1983 complaint against him. After reviewing Williams' complaint, we determine the district court

did not err in denying Sheriff Blakely's motion to dismiss.

AFFIRMED.